IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MULLEN, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 16-4154 |
| | : | |
| PLANET FITNESS, INC., | : | |
| Defendant | : | |

# **O R D E R**

**AND NOW,** this 22nd day of March, 2018, upon consideration of the defendant's motion for summary judgment (Document #21), the plaintiff's response in opposition thereto (Document #25), and the defendant's reply brief (Document #30), IT IS HEREBY ORDERED that the motion is GRANTED in its entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C. J.